UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORDECHAI HELLMAN,<br><br>                    *Plaintiff*,<br>-against-<br><br>CORTLAND REALTY INVESTMENTS LLC, et al.,<br><br>                    *Defendants*. | 1:22-cv-08341 (ALC)<br><br><u>CONFERENCE ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a telephonic conference in this action on April 9, 2024 at 2:00PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated: March 27, 2024
      New York, New York

                                                    ANDREW L. CARTER, JR.
                                                    United States District Judge