**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MORDECHAI HELLMAN,**

*Plaintiff,*

-against-

**CORTLAND REALTY INVESTMENTS**
**LLC, et al.,**

*Defendants.*

**1:22-cv-08341 (ALC)**

**AMENDED CONFERENCE**
**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will now hold a telephonic conference in this action on April 12, 2024 at

11:30AM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749

(access code: 3768660).

**SO ORDERED.**

**Dated: April 4, 2024**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**