UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MORDECHAI HELLMAN,

                Plaintiff,

    -against-

SHALOM JACOB, LOCKE LORD, LLP,
CORTLAND REALTY INVESTMENTS, LLC,
BARKANY ASSET RECOVERY & MANAGEMENT,
LLC, and DAVID BELSKY,

                Defendants.
------------------------------------------------------------------X

Civil Action No. 22-cv-08341 (ALC)

## NOTICE OF CROSS-MOTION

PLEASE TAKE NOTICE that, upon the annexed Declaration of Abe Grohman dated May 3, 2024, and the exhibits annexed thereto, the Declaration of Louis Loketch dated May 2, 2024, and the exhibit annexed thereto, the Declaration of Larry Twinney dated May 3, 2024, and the exhibits annexed thereto, the Declaration of Jeremy Rosenberg, Esq., dated May 6, 2024, and the exhibit annexed thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings had herein, defendants Cortland Realty Investments, LLC, and Barkany Asset Recovery and Management, LLC (collectively "Defendants"), will cross-move this Court, before the Honorable Andrew L. Carter, Jr., United States District Court Judge, at a date and time to be determined by the Court, at the Courthouse located at 40 Foley Square, New York, New York 10007, for an Order pursuant to Fed. R. Civ. P. 55(c), vacating the default entered against Defendants in this action and, upon the granting of said application, for an Order pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the instant action as against Defendants.

{00035114.DOCX}

Dated: May 6, 2024
      Chestnut Ridge, New York

                Respectfully submitted,

                      The Law Office of Jeremy Rosenberg
                      *Attorney for Defendants*

By: _____
                      Jeremy Rosenberg (JR-4111)
                      777 Chestnut Ridge Road, Suite 202
                      Chestnut Ridge, New York 10977
                      (845) 729-1172

To:   Asher Gulko, Esq.
       Gulko Schwed LLP
       40 Wall Street, 60th Floor
       New York, New York 10005

{00035114.DOCX}