UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MORDECHAI HELLMAN,<br><br>　　　　　　　　　*Plaintiff*,<br><br>　-against-<br><br>CORTLAND REALTY INVESTMENTS LLC, et al.,<br><br>　　　　　　　　　*Defendants*. | 1:22-cv-08341 (ALC)<br><br><u>CONFERENCE ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

　　The Court will hold a status conference in this action on Thursday, February 6, 2025 at 11:00 AM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

**Dated: January 30, 2025**
　　　**New York, New York**　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**