THE LAW OFFICE OF JEREMY ROSENBERG
ATTORNEY AT LAW
777 CHESTNUT RIDGE ROAD, SUITE 202
CHESTNUT RIDGE, NEW YORK 10977

(845) 729-1172

Fax: (212) 967-2755

November 23, 2026

The Defendants' request at Dkt. No. 70 is **GRANTED**.

By **November 27, 2026**, Defendants shall file their Motion.
By **December 11, 2026**, Plaintiff shall file their Opposition.
By **December 18, 2026**, Defendants shall file their Reply, if any.

The Clerk of Court is respectfully directed to close Dkt. No. 70.
SO ORDERED. November 24, 2026.

SARAH L. CAVE
United States Magistrate Judge

**VIA ECF**
The Honorable Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

**Re: Hellman v. Cortland Realty Investments et al.**
**Case No. 1:22-cv-08341 (ALC)**

Dear Magistrate Judge Cave:

I represent defendants Cortland Realty Investments, LLC and Barkany Asset Recovery & Management, LLC (collectively "Defendants"), in the above-referenced action.

Pursuant to the Court's Order dated October 30, 2026, that set forth a briefing schedule for Defendants' proposed motion to dismiss the above-referenced action, the Court directed that Defendants file their motion by November 25, 2026, with plaintiff's response due by December 9, 2026, and Defendants' reply due by December 16, 2026. Notwithstanding such however, as a result of both my wife and my mother being hospitalized during this previous interim period which caused me to be out of the office for periods of time, I require a bit more time to complete Defendants' proposed motion. As such, Defendants respectfully request an extension of time from Wednesday, November 25, 2026, until and including Friday, November 27, 2026, by when to file their aforementioned motion.

The Court's consideration of the foregoing request is greatly appreciated.

Respectfully submitted,

Jeremy Rosenberg (JR-4111)

cc: Asher Gulko, Esq.